D. M. W. CONTRACTING CO., INC., Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued January 22, 1941; decided February 27, 1941.

*Max E. Greenberg* for appellant.

*William C. Chanler, Corporation Counsel (Milton I. Newman* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.